Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

ALEJANDRO ALBERTO ETCHETO and SUSANA
ALICIA MONKES AND ALBERTO HABER,

                    Plaintiffs,

              -against-

THE REPUBLIC OF ARGENTINA,

                    Defendant.

------------------------------------------------------------------x

08 CV _____ (TPG)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for plaintiffs (a private non-governmental party) certifies that the following are corporate parents, affiliates, subsidiaries and/or owners of 10% of the stock of said party which are publicly held:

    None.

{00358022.DOC;}

Dated: New York, New York
       May 27, 2008

**DREIER LLP**

By: _____
Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*