UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

ALEJANDRO ALBERTO ETCHETO, et al.,

                               Plaintiffs,

                -against-

THE REPUBLIC OF ARGENTINA,

                            Defendant.

-------------------------------------------------------------------- X

:
:
:
:
:
:
:
:
:
:
:
:
:

08 Civ. 4902 (TPG)

**<u>CERTIFICATE OF SERVICE</u>**

        I, Richard Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1.  On the 28th day of July 2008, the Answer, dated July 28, 2008 was served by First Class Mail upon:

                        Joel A. Chernov, Esq.
                        Drier LLP
                        499 Park Avenue
                        New York, NY  10022

        2.  This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:   New York, New York
          July 29, 2008

                                   _____s/Richard V. Conza_____
                                          Richard V. Conza